# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NOAH BLOOM (1),<br>SHANE DAVIS (2),<br><br>    Defendants. | Case No.: 20-CR-02106-JLS<br><br>**ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from **December 4, 2020** at **1:30 p.m**. to **January 22, 2021** at **1:30 p.m.**

For the reasons set forth in Joint Motion to Continue Motion Hearing/Trial Setting, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED**.

Dated:  December 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge