UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOAH BLOOM,<br>SHANE DAVIS<br><br>　　　　　Defendants. | Case No.:  20cr2106-JLS<br><br>Order continuing motion hearing |

　　　　Good cause appearing in the joint motion of the parties, the Court orders the motion hearing continued from October 1, 2021, to October 29, 2021, at 1:00 p.m.

　　　　The Court excludes the time under the Speedy Trial Act because motions are on file that require resolution, and the interests of justice outweigh the defendants' and the public's interest in a speedy trial.

　　　　**IT IS SO ORDERED.**

Dated:  September 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1